# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

146285 & (55)

EUGENE GREENSTEIN,
   Plaintiff,
and

MELVYN C. STERNFELD,
   Plaintiff-Appellant,

v

FARMINGTON PUBLIC SCHOOLS and
FARMINGTON PUBLIC SCHOOLS BOARD
OF EDUCATION,
   Defendants-Appellees.

SC: 146285
COA: 306268
Oakland CC: 2011-120733-CZ

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 20, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

_____
Clerk

t0122